UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. 21-218 ECT/BRT<br>**INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 701 |
| | 18 U.S.C. § 842(i)(1) |
| v. | 18 U.S.C. § 844(a)(1) |
| | 18 U.S.C. § 844(c)(1) |
| REYEL DEVON SIMMONS, | 18 U.S.C. § 912 |
| a/k/a Rey Reeves, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |
| Defendant. | 18 U.S.C. § 924(d)(1) |
| | 26 U.S.C. § 5861(d) |
| | 26 U.S.C. § 5871 |
| | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Impersonating an Officer of the United States)

From on or about January 1, 2021, until on or about September 20, 2021, in the State and District of Minnesota, the defendant,

**REYEL DEVON SIMMONS,**
a/k/a Rey Reeves,

did pretend to be, held himself out as, and acted as if he were, an officer and employee acting under the authority of the United States, specifically, as a law enforcement officer with the Department of Homeland Security. SIMMONS was not an officer or employee acting under the authority of the United States during this time, a fact of which he was aware. Furthermore, while so pretending, SIMMONS acted with the intent to cause an individual, B.A., to follow a course of action and inaction, all in violation of 18 U.S.C. § 912.



SCANNED
OCT 1 2 2021
U.S. DISTRICT COURT MPLS

## COUNT 2
(Felon in Possession of Firearms)

On or about September 20, 2021, in the State and District of Minnesota, the defendant,

**REYEL DEVON SIMMONS,**
a/k/a Rey Reeves,

having previously been convicted of the following crime, which was punishable by imprisonment for a term exceeding one year:

| Conviction Date (on or about) | Offense of Conviction | Jurisdiction |
|---|---|---|
| May 2007 | Menacing – Real/Simulated Weapon | Adams County, Colorado |

and knowing that he was previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, specifically:

| Description | Serial Number |
|---|---|
| Glock, Model 22, .40 caliber semi-automatic handgun | ERY405 |
| Spike's Tactical Rifle, Model ST15, multi-caliber | NSL121359 |
| Hi-Point, Model JCP, .40 caliber semi-automatic handgun | 755735 |
| Hi-Point Rifle, Model 4095TS, .40 caliber | H70792 |
| Springfield Rifle, Model 1903 Mark I, 30-06 caliber | 1127310 |
| Savage Rifle, Model 110 BA Stealth, .338 Lapua caliber | N081085 |
| Mossberg Rifle, Model 715T, .22 caliber | ESH4323115 |

all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 3
(Felon in Possession of Explosives)

On or about September 20, 2021, in the State and District of Minnesota, the defendant,

**REYEL DEVON SIMMONS,**
a/k/a Rey Reeves,

having previously been convicted of the following crime, which was punishable by imprisonment for a term exceeding one year:

| Conviction Date (on or about) | Offense of Conviction | Jurisdiction |
|---|---|---|
| May 2007 | Menacing – Real/Simulated Weapon | Adams County, Colorado |

and knowing that he was previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, explosives, as that term is defined in 18 U.S.C. § 844(j), specifically, pentaerythritol tetranitrate (PETN) in the form of detonating cord, all in violation of 18 U.S.C. §§ 842(i)(1) and 844(a)(1).

## COUNT 4
(Possession of Unregistered Firearms)

On or about September 20, 2021, in the State and District of Minnesota, the defendant,

**REYEL DEVON SIMMONS,**
a/k/a Rey Reeves,

did knowingly possess firearms, as defined in 26 U.S.C. § 5845(a)(7), namely the following:

| Description | Serial Number |
|---|---|
| A black metallic cylinder approximately 11 inches long and one and a half inches in diameter | No serial number |
| A black metallic cylinder approximately nine inches long and one and three quarters inches in diameter | No serial number |
| A black metallic cylinder approximately nine inches long and one and three quarters inches in diameter | No serial number |
| A black metallic tube wrapped in grip tape, approximately nine and a half inches long and one and a half inches in diameter | No serial number |

each of which by design, construction, and function is a device for silencing and diminishing the report of a portable firearm, none of which were registered to him in the National Firearms Registration and Transfer Record as required by law, all in violation of 26 U.S.C. §§ 5861(d) and 5871.

## COUNT 5
(Possession of an Unauthorized Badge)

On or about September 20, 2021, in the State and District of Minnesota, the defendant,

**REYEL DEVON SIMMONS,**
a/k/a Rey Reeves,

did, without authorization, possess a colorable imitation of the badge prescribed by the head of any department or agency of the United States for use by any officer or employee thereof, specifically, the Department of Homeland Security – Homeland Security Investigations, all in violation of 18 U.S.C. § 701.

## FORFEITURE ALLEGATIONS

Counts 2 through 4 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1), in conjunction with 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

If convicted of Count 2 of this Indictment, the defendant,

**REYEL DEVON SIMMONS,**
a/k/a Rey Reeves,

shall forfeit to the United States any and all firearms, accessories, and ammunition involved in or used in connection with such violation, including but not limited to the following firearms:

| Description | Serial Number |
| --- | --- |
| Glock, Model 22, .40 caliber semi-automatic handgun | ERY405 |
| Spike's Tactical Rifle, Model ST15, multi-caliber | NSL121359 |
| Hi-Point, Model JCP, .40 caliber semi-automatic handgun | 755735 |
| Hi-Point Rifle, Model 4095TS, .40 caliber | H70792 |
| Springfield Rifle, Model 1903 Mark I, 30-06 caliber | 1127310 |
| Savage Rifle, Model 110 BA Stealth, .338 Lapua caliber | N081085 |
| Mossberg Rifle, Model 715T, .22 caliber | ESH4323115 |
| DPMS Rifle, Model A-15, .223/5.56mm caliber | FH33438 |

and any and all ammunition loaded in, and associated with said firearms, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

If convicted of Count 3 of this Indictment, the defendant,

**REYEL DEVON SIMMONS,**
a/k/a Rey Reeves,

shall forfeit to the United States any and all explosive materials involved in such violation, including, but not limited to pentaerythritol tetranitrate (PETN) in the form of detonating cord and blasting caps/detonators, pursuant to 18 U.S.C. § 844(c)(1).

If convicted of Count 4 of this indictment, the defendant,

**REYEL DEVON SIMMONS,**
a/k/a Rey Reeves,

shall forfeit to the United States any and all firearms involved in such violation, including, but not limited to

United States v. Reyel Devon Simmons

| Description | Serial Number |
|---|---|
| A black metallic cylinder approximately 11 inches long and one and a half inches in diameter | No serial number |
| A black metallic cylinder approximately nine inches long and one and three quarters inches in diameter | No serial number |
| A black metallic cylinder approximately nine inches long and one and three quarters inches in diameter | No serial number |
| A black metallic tube wrapped in grip tape, approximately nine and a half inches long and one and a half inches in diameter | No serial number |

pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY        FOREPERSON

6