# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## ARRAIGNMENT AND PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>REYEL DEVON SIMMONS,<br>REY REEVES,<br><br>　　　　　　　　　　Defendant. | **AMENDED COURT MINUTES**<br>BEFORE: Hon. Eric C. Tostrud<br>United States District Judge<br><br>Case No.:　　21-CR-218(1) (ECT/BRT)<br>Date:　　　　January 21, 2022<br>Court Reporter:　Tim Willette<br>Courthouse:　St. Paul<br>Courtroom:　13E<br>Time in Court:　10:11 a.m. – 11:11 a.m.<br>Total Time:　1 Hour 0 Minutes |

**APPEARANCES:**

　　For Plaintiff:　　Alexander Chiquoine, United States Attorney's Office
　　For Defendant:　James Becker  ☑ FPD, ☐ CJA, ☐ Retained, ☐ Appointed

　　Interpreter/Language:　　None / English

**PROCEEDINGS:**

☑ Arraignment:
　　Offense:　18:912 Impersonating an Officer of the United States
　　　　　　　18:922(g)(1) and 924(a)(2) Felon in Possession of Firearms

☑ Reading of Indictment waived.

☑ Advised of Rights

☑ Change of Plea Hearing.

☑ PLEA:
　　☑ Guilty as to Counts 1 and 2 of the Indictment.

☑ Presentence Investigation and Report requested.

☑ Remanded to the Custody of U.S. Marshal.

s/ R. Morton
Courtroom Deputy
